# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MAYNOR VILLANUEVA,

    *Petitioner*,

vs.

WARDEN BRIAN E. WILLIAMS, SR., *et al.*,

    *Respondents*.

2:15-cv-01567-RFB-NJK

ORDER

Petitioner has submitted a completed application to proceed *in forma pauperis* (ECF No. 1) with no habeas petition or complaint of any kind.

As petitioner has failed to submit a habeas petition, this matter has not been properly commenced. Accordingly, the application will be denied, and the present action will be dismissed without prejudice to the filing of a petition in a new action on the form required by Rule 3-1 of the Local Rules for Special Proceedings and Appeals for this District, with a pauper application on the proper form with all required attachments.

**IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (ECF #1) is **DENIED** and that this action shall be **DISMISSED** without prejudice to the filing of a habeas petition, on the required form, in a new action with a properly completed pauper application.

**IT IS FURTHER ORDERED** that the Clerk shall send petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254

-2-

1  habeas petition form, one copy of the instructions for each form, and a copy of the papers that he
2  submitted in this action.
3       **IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly and
4  close this case.

6       DATED: 5th day of February, 2016.

                                                                _____
                                                                 RICHARD F. BOULWARE, II
                                                                 UNITED STATES DISTRICT JUDGE